FILED

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0455

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0455

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JACOB WILLIAM ABEL,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing as well as agreement,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 2, 2020, within which to prepare, file and serve Appellant's opening brief on appeal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2020